**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 08-6917**

_____

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff – Appellee,

　　　v.

MELVIN WHITE, JR., a/k/a G,

　　　　　　　Defendant – Appellant.

_____

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg. John Preston Bailey, Chief District Judge. (3:05-cr-00016-JPB-DJJ-1)

_____

Submitted: February 19, 2009　　　Decided: February 23, 2009

_____

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Brian Joseph Kornbrath, Federal Public Defender, Clarksburg, West Virginia, Brian Christopher Crockett, Assistant Federal Public Defender, Martinsburg, West Virginia, for Appellant. Paul Thomas Camilletti, Assistant United States Attorney, Martinsburg, West Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Melvin White, Jr., appeals the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) (2006) motion. We have reviewed the record and find no reversible error. United States v. Dunphy, 551 F.3d 247 (4th Cir. 2009). Accordingly, we affirm for the reasons stated by the district court. United States v. White, No. 3:05-cr-00016-JPB-DJJ-1 (N.D.W. Va. May 29, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED